UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIKE SETTLE ) | |
| ) | |
| v. ) | NO. 3:07-0401 |
| ) | JUDGE CAMPBELL |
| RICKY BELL, et al. ) | |

ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 54) regarding the Plaintiff's Motion for a Preliminary Injunction (Docket No. 25). The Court has independently reviewed the Magistrate Judge's findings and conclusions. The Magistrate Judge's Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion for a Preliminary Injunction (Docket No.25) is DENIED.

 IT IS SO ORDERED.

 _____
 TODD J. CAMPBELL
 UNITED STATES DISTRICT JUDGE