IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MIKE SETTLE                          )
                                    )
v.                                  ) NO. 3:07-0401
                                    ) JUDGE CAMPBELL
RICKY BELL, et al.                )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 93), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, that portion of Defendants' Motion to Dismiss (Docket No. 66) which seeks dismissal of Plaintiff's retaliation claim is DENIED.[1] All other pending Motions are referred to the Magistrate Judge for decision or recommendation as to disposition.

This case is set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The remainder of Defendants' Motion to Dismiss was granted by the Court on August 6, 2008. Docket No. 85.