IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MIKE SETTLE )
)
v. ) NO. 3:07-0401
) JUDGE CAMPBELL
RICKY BELL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 150) and Plaintiff's Objections thereto (Docket No. 153). The Court has reviewed the Report and Recommendation, Plaintiff's Objections and the file. Plaintiff's Objections are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant Schildkamp's Motion for Summary Judgment (Docket No. 129) is GRANTED, and all claims against Defendant Schildkamp are DISMISSED.

There being no claims remaining in this action, the pretrial conference set for June 29, 2009, and the jury trial set for July 14, 2009, are canceled. The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE